Date\Time: 10/7/2024 9:37:02 AM
Institution: COR

Case 1:24-cv-01156-JLT-EPG    Document 5    Filed 10/07/24    Page 1 of 2

1:24-cv-01156-EPG (PC)

FILED
Oct 07, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CDCR Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 |

**Current Available Balance:** $84.81

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Christina Mann* / Trust office

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 04/01/2024 | COR | BEGINNING BALANCE | | | | $153.33 |
| 04/03/2024 | COR | JPAY | 0000000167909080 | | $100.00 | $253.33 |
| 04/04/2024 | COR | JPAY | 0000000167936086 | | $115.00 | $368.33 |
| 04/09/2024 | COR | COPY CHARGES | #867 STATEMENT | | ($0.10) | $368.23 |
| 04/18/2024 | COR | SALES | 44 | | ($170.60) | $197.63 |
| 05/09/2024 | COR | SALES | 14 | | ($54.25) | $143.38 |
| 05/27/2024 | COR | JPAY | 0000000169716666 | | $90.00 | $233.38 |
| 06/04/2024 | COR | JPAY | 0000000169966316 | | $90.00 | $323.38 |
| 06/11/2024 | COR | JPAY | 0000000170215619 | | $20.00 | $343.38 |
| 06/17/2024 | COR | SALES | 17 | | ($179.65) | $163.73 |
| 06/17/2024 | COR | SALES | 23 | | $179.65 | $343.38 |
| 06/17/2024 | COR | SALES | 31 | | ($170.05) | $173.33 |
| 06/29/2024 | COR | JPAY | 0000000170764096 | | $60.00 | $233.33 |
| 07/16/2024 | COR | FILING FEES DUE STATE | 1:24-CV-00793-SAB | | ($3.00) | $230.33 |
| 07/16/2024 | COR | FILING FEES DUE STATE | #952 CERT.STATEMENT | | ($3.00) | $227.33 |
| 07/19/2024 | COR | JPAY | 0000000171316465 | | $35.00 | $262.33 |
| 07/19/2024 | COR | SALES | 5 | | ($111.40) | $150.93 |
| 07/24/2024 | COR | SHIPPING CHARGES DUE STATE | #959 FED-EX | | ($0.57) | $150.36 |
| 08/19/2024 | COR | JPAY | 0000000172173231 | | $113.00 | $263.36 |
| 08/19/2024 | COR | SHIPPING CHARGES DUE STATE | #959 FED-EX | | ($32.69) | $230.67 |
| 08/21/2024 | COR | SALES | 14 | | ($64.70) | $165.97 |
| 08/26/2024 | COR | JPAY | 0000000172349698 | | $41.00 | $206.97 |
| 08/27/2024 | COR | FILING FEES DUE STATE | 1:24-CV-01009-SAB | | ($3.00) | $203.97 |
| 09/01/2024 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 430864 | ($30.80) | $173.17 |
| 09/09/2024 | COR | GTL | 22072220908965 | | $5.00 | $178.17 |
| 09/16/2024 | COR | JPAY | 0000000172956951 | | $150.00 | $328.17 |
| 09/16/2024 | COR | SALES | 2 | | ($75.00) | $253.17 |
| 09/25/2024 | COR | JPAY | 0000000173176916 | | $60.00 | $313.17 |
| 10/01/2024 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 431025 | ($42.00) | $271.17 |
| 10/01/2024 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 431025 | ($43.00) | $228.17 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| Other Encumbrance | 12/13/2022 | $143.36 |

2

# Inmate Statement Report

**Obligation List**

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELL WINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | ($73.80) | $276.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | ($42.00) | $308.00 |

**Restitution List**

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |