UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>        Plaintiff,<br><br>    v.<br><br>T. CAMPBELL, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-01156 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS ACTION PROCEED ON PLAINTIFF'S CLAIM FOR UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT AGAINST DEFENDANTS ARANDA, CAMPBELL, MCKINNEY, MORENO, SPARKS, AND JOHNSON AND THAT ALL OTHER CLAIMS BE DISMISSED<br><br>(Docs. 14, 17). |

Plaintiff Jamie Osuna is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2025, the assigned magistrate judge entered findings and recommendations, recommending that this action proceed on Plaintiff's Claim for Unconstitutional Conditions of Confinement Against Defendants Aranda, Campbell, McKinney, Moreno, Sparks, and Johnson and that all other claims be dismissed. (Doc. 14.) Plaintiff filed timely objections. (Doc 17.)

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de*

1

*novo* review of this case. Having carefully reviewed the entire file, including the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 2, 2025, are **ADOPTED IN FULL**. (Doc. 14.)
2. This case proceeds only against Defendants Aranda, Campbell, McKinney, Moreno, Sparks, and Johnson based on Plaintiff's claim for unconstitutional conditions of confinement in violation of the Eighth Amendment.
3. All other claims and Defendants be dismissed without further leave to amend.

IT IS SO ORDERED.

Dated:    **October 10, 2025**

UNITED STATES DISTRICT JUDGE

2