1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  DAMON G. MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   Deputy Attorney General
4    1300 I Street, Suite 125
     Sacramento, CA 95814
5    Telephone: (916) 210-6648
     Fax: (916) 324-5205
6    E-mail: Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*
7  *Campbell, Johnson, Aranda, Moreno, McKinney and Sparks-Mendoza*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMIE OSUNA,** | 1:24-cv-01156-JLT-EPG (PC) |
| Plaintiff, | **DEFENDANTS' NOTICE OF OPT OUT OF ADR** |
| v. | Judge: The Honorable Erica P. Grosjean |
| **T. CAMPBELL, et al.,** | |
| Defendants. | Action Filed: September 30, 2025 |

The undersigned counsel states that Defendants have investigated Plaintiff's claim and have attempted, without success, to confer with Plaintiff. In light of Plaintiff's refusal to confer with defense counsel and defense counsel's evaluation of this case, defense counsel does not believe that a settlement conference would be an efficient use of Court's resources at this time.

/ / /

/ / /

/ / /

1

1 | Accordingly, Defendants respectfully opt out of Alternative Dispute Resolution (ADR) and
2 | ask that the Court lift the stay and allow the case to proceed to litigation.
3 |
4 | Dated: February 5, 2026                                 Respectfully submitted,
5 |                                                          ROB BONTA
   |                                                          Attorney General of California
6 |                                                          DAMON G. MCCLAIN
   |                                                          Supervising Deputy Attorney General
7 |
8 |                                                          */s/ Elise Owens Thorn*
9 |                                                          ELISE OWENS THORN
   |                                                          Deputy Attorney General
10|                                                          *Attorneys for Defendants*
   |                                                          *T. Campbell, A. Johnson, A. Aranda, E.*
11|                                                          *Moreno, B. McKinney and T.Sparks-*
   |                                                          *Mendoza*
12|
   | SA2025402621
13| 39578426.docx

## CERTIFICATE OF SERVICE

Case Name:   **J. Osuna v. T. Campell, et al.**   No.   **1:24-cv-01156-JLT-EPG (PC)**

I hereby certify that on <u>February 5, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- ➢ **DEFENDANTS' NOTICE OF OPT OUT OF ADR**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>February 5, 2026</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jamie Osuna, BD0868
California State Prison - Corcoran
Facility 4A
P.O. Box 3476
Corcoran, CA  93212
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 5, 2026</u>, at Sacramento, California.

| J. Lemus-Arreola | */s/ J. Lemus-Arreola* |
|:---:|:---:|
| Declarant | Signature |

SA2025402621
39627187.docx