UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

MAY 18 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Jamie Osuna BD0868
CSP-COR PO Box 8800
Corcoran, CA 93212,

        Plaintiff,

v.

Campbell, et al,

        Defendant.

No. 1:24-cv-01156-JLT-EPG

PLAINTIFF'S NOTICE OF PARTIAL
SERVICE OF DISCOVERY MATERIALS
AND NOTICE OF LAW-LIBRARY ACCESS
ISSUES

Plaintiff Jamie Osuna, proceeding pro se and incarcerated, respectfully gives notice to the Court that he has served Defendants' counsel, the Office of the Attorney General, with the discovery materials he was able to complete/copy.

Plaintiff files this notice to preserve an accurate record of his good-faith efforts and to avoid any dispute regarding service, diligence, or partial production. Plaintiff is not filing the discovery materials themselves with the Court. Plaintiff is only notifying the Court that he has served Defendants' counsel with the materials available to him under the circumstances.

Plaintiff has been attempting in good faith to provide discovery to Defendants' counsel. However, Plaintiff's ability to complete copying and mailing has been limited by institutional restrictions and law-library access issues outside his control.

Plaintiff has been limited to approximately 50 copies at a time. Plaintiff has also been denied Priority legal user status, and the law library has not operated daily or consistently. These issues have prevented Plaintiff from completing all copying and mailing at once.

In addition, on at least one occasion, Plaintiff was offered or scheduled for law-library access at a time that conflicted with a required appearance in his criminal case. After Plaintiff returned earlier than expected and attempted to use the law library, the law library had already closed early that day. Plaintiff did not refuse law-library access. Rather, his access was prevented

1

by a required court appearance and the law library's early closure.

Despite these restrictions, Plaintiff has continued making good-faith efforts to comply with discovery. Plaintiff has gone to the law library at least two times for this purpose and has completed some copies overtime. Plaintiff has mailed Defendants' counsel the discovery materials he was able to complete and copy, and he will continue to serve any remaining discovery materials as copying, library access, and mailing procedures allow.

Plaintiff respectfully submits this notice, so the Court has an accurate record that Plaintiff has acted diligently and has already served Defendants' counsel with the discovery materials available to him.

May 14, 2026.

p.p. Jamie Osuna