

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

MAY 2 0 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Jamie Osuna, CDCR #BD0868

CSP-COR

P.O.BOX:3476

CORCORAN, CA 93212

Plaintiff,    Case No.1:24-cv-01156-JLT-EPG

v.

MOTION: PLAINTIFFS MOTION FOR A
EXTENSION OF TIME TO
COMPLETE THE DISCOVERY
PRODUCTION

T.CAMPBELL, et al.,,

Defendents.

TO THE HONORABLE JUDGE ERICA P. GROSJEAN;

Pl, Jamie Osuna respectfully moves the court for an extension of time to complete service of any, remaining discovery responses and document production to defendents counsel.

Pl requests an extension of (45) day's, to complete the remaining discovery production.

GOOD CAUSE EXISTS; service request plaintiff has diligently attempted to provide discovery materials to defendents counsel of the office of: ELISE OWENS THORN DEPUTY ATTORNEY GENERAL, 1300 I Street, Suite 125 Sacramento,CA 95814. Plaintiff has already mailed defendents counsel the discovery materials he was able to complete, copied and served. Plaintiff has also filed a seperate notice of partial service so that the court has an accurate record.

Despite these limitations plaintiff has made good cause faith efforts to comply plaintiff has gone to the law library at lease (2) times that was authorized, and has made (156): page copies plaintiff has served defendents counsel with the materials available to him and is continuing to work on the remaing production. Further requst is not made to delay, plaintiffs req-

[1]

uest additional time because: Plaintiff is incarcerated pro se located at administrative segergation housing unit. Plaintiff has been attempting to provide further discovery to defendents cousel, however Plaintiffs ability to make copies and access the law library is limited for AD-SEG inmates plaintiffs ability to copie and mail the full production has been limited by instituitonal restrictions, plaintiff has been limited to (50) copies per lawlibrary visit.

PLAINTIFFS GOOD FAITH EFFORTS;   On march 5, 2026 the plaintiff requested to the law library an appointment, the plaintiff recieved a response from Dan, as show on EXIBIT (A) attached, stating "You are scheduled to come to 4A library on 4/14/26, this was over a month wait list even from the courts order 3/24/26 3 weeks.  on 4/21/26 as shown on exibit (B) the plaintiff requested apponitment to make copies im on a court deadline and that there is a court order plaintiff explained the reason for copies and potential of hundreds of copies needed to be made.

law library responded " you are scheduled to come to 4A library on 4/27/26 . any documents over (50) will need to be approved by the librarian." the plaintiff went to library and was deny'd approval, and was limited to (50) pages. the plaintiff explained department policy D.O.M section 101120.10.1.Access to law library by inmates with Established court deadlines. (a) inmates who have established court deadlines may apply for PLU statis to the prison law libraries. inmates who are granted PLU status shall recieved higher priority to prison law library resources than other inmates. All inmates who are not on PLU status are on GLU statusunless otherwise restricted as set forth in department operations manual (DOM) section 101120.10.

(b) : An established court deadline may be either a court imposed deadline for an active case or a deadline that is established by a statute or court

[2]

order. inmates who apply for PLU statis based on court imposed deadlines must show documentation from the court to verify that deadline.

these policy's are shown attached as exibit (C).

The plaintiff informed the librarian that he was deny'd PLU status for having representation on a criminal matter that has nothing to do with this case. the plaintiff requested a reconsideration do to this not policy practice.

policy states DOM 101120.10.1 (c) An inmate who is represented by an attorney for a case shall not be eligable for PLU status for any court deadlinespertaining to that case.

the plaintiff explained he does not have an attorney for that case or any other civil cases. she stated if you were deny'd PLU status then you were deny'd, the plaintiff requested more than (50) copies however the librarian argued pointing to a big sign hung up in the library that only 100 copies are made for documents going to the court, but for public officals or an attorney is considered non-legal and is subject to a 50 page limitation she stated policy is policy. the plaintiff attempted to resolve the issue by requesting to be allowed back to back apponitments wich was further deny'd.

in april the plaintiff sent another request to law library requesting priority do to deadlines need another appointment as shown in EXIBIT (D) Dan responded stating "4A law library is open on mon & tuesday only. the weeks came plaintiff was denyd access. plaintiff put in another request On 5/3/26 again pleading needed to make copies plaintiff was told as described on EXIBIT (E) "you are scheduled to come to 4A law library on 5/5/26. upon this day the plaintiff had criminal court in kings county superior court plaintiff arrived back early around 11:31. the plaintiff informed officers to call lawlibrary to see if plaintiff could attend c/o

Duarte unit c/o stated to plaintiff there closed although it was tuesday plaintiff was rescheduled for the following week and encountered copie limitation. furthermore plaintiff has also attached document showing first denial of PLU statis stating i was not eligable and is still the situation now. as shown on Exibit (F).

plaintiff has been limited to (50) copies at a time and deny'd curtisy approval for additional copies as exibit states by Dan,

Plaintiffs housing location and limited lawlibrary access wich ils two days out of the week has delay'd plaintiffs ability to produce production of said materials to defendents counsel further requests is not made to delay because of said limitatin/restrictions and cannot complete the remaining production without access to institutional coping law libary services and procedures. j

Plaintiff respectfully requests that the court grant this motion and an extendable time to complete discovery production that the court finds resonable.

DECLARATION

I make this request for an extension of time in good faith for the purposes of completing the production of ordered discovery materials to the defendents counsel. The request extension is necessary as it will give me enough time to provide copies of said materials.

I declare under penalty of perjury that this declaration is true. Execu Executed on  may 13, 2026

Corcoran, California.

/s/ James Overa

Date: 5/13/26

[4]

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

RECEIVED
APR 13 2026
BY _____

| DATE 3/5/26 | TO LAW library | FROM (LAST NAME) Oruna Jamie | CDCR NUMBER 1360868 |
|---|---|---|---|

| HOUSING 4A-1L | BED NUMBER 44 | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| | | | FROM          TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM          TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Need Appointment at law library

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY
Dan

DISPOSITION
You are scheduled to come to 4A Library on 4/14/26

DATE 4/13/26

EXIBIT (A)

EXIBIT (B)

[6]

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILITATION

# INMATE REQUEST FOR INTERVIEW

RECEIVED
APR 22 2026

| DATE 4/21/26 | TO Law, Library | FROM (LAST NAME) Osuna, Jamie | CDCR NUMBER Bd0868 |
| HOUSING 4A-1L | BED NUMBER 44 | WORK ASSIGNMENT | JOB NUMBER   FROM   TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS   FROM   TO |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

i need An Appointment to Make Copies, im In A Court Order Deadline & Have A Court Order I Have To Make Hundreds Of Copies And Exchange. Them With The D.A. Attorney General I Understand Only 50 Copies AT A Time So I Need To Go Every Week.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY Dan                                              DATE 4/22/26

DISPOSITION
You are scheduled to come to 4A Library on 4/27/26. Any documents over 50 will need to be approved by the librarian.



have received PLU status shall be given priority for escort by correctional officers to the inmate law library collection.

(e) Return-to-Custody and Conservation Camp Inmate Access.

(1) Return-to-Custody (RTC) inmates who request access to law library materials shall be transferred to the nearest facility for the period of time needed to complete their legal work. Conservation camp inmates requesting access to the law library shall be returned to their "hub" facility for the period of time needed to complete their legal research.

(f) Inmates Identified as Disabled.

(1) Inmates with visual or hearing impairments shall be afforded reasonable accommodations as necessary to facilitate their access to law library resources.

(2) Inmates in the Developmental Disability Program (DDP) shall also be afforded reasonable law library accommodations. DDP accommodations may include, but are not limited to, identification of legal research materials, and assistance in reading and scribing forms. Designated institutions shall have Library Technical Assistants (LTA) who are assigned to assist DDP inmates in their use of the law and general libraries. DDP LTAs and all other library staff shall not function as paralegals, nor provide any type of legal advice, explanation, opinion, or recommendation to an inmate about possible legal rights, remedies, defenses, options, selection of forms, or strategies.

(g) Paging.

(1) When unable to access the law library, an inmate may request access to legal material through delivery of those materials to the inmate by library staff. This process is referred to as law library paging. An inmate shall not be limited to law library paging for access to legal materials except under extraordinary circumstances including, but not limited to, the following:

(A) The inmate is directly under a prison lockdown or modified program.

(B) The inmate is under restricted movement due to their medical status.

(C) The inmate has been suspended from access to the law library pending investigation of a serious rule violation.

(h) When GLU inmates are limited to law library paging for any reason, law library staff must send the requested legal materials to their cells as soon as possible, but no later than 16 calendar days from the date of the paging request. Law library staff must send the requested materials to PLU inmates no later than 5 scheduled working days from the date of the paging request.

(i) Lockdown and Modified Program Access to the Law Library by Inmates.

(1) GLU inmates who are limited to law library paging due to a lockdown or modified program shall, whenever possible, have their law library collection access restored within 16 calendar days unless a high security risk continues to exist to prohibit law library collection access. PLU inmates limited to law library paging due to a lockdown or modified program shall have their law library collection access restored within 5 working days unless a high security risk continues to exist to prohibit law library collection access.

**101120.10.1    Access to the Law Library by Inmates with Established Court Deadlines**

(a) Inmates who have established court deadlines may apply for PLU status to the prison law libraries. Inmates who are granted PLU status shall receive higher priority to prison law library resources than other inmates. All inmates who are not on PLU status are on GLU status, unless otherwise restricted as set forth in Department Operations Manual (DOM) section 101120.10.

(b) An established court deadline may be either a court imposed deadline for an active case or a deadline that is established by a statute or court order. Inmates who apply for PLU status based on a court imposed deadline must show documentation from the court to verify that deadline.

(c) An inmate who is represented by an attorney for a case shall not be eligible for PLU status for any established court deadline pertaining to that case. An inmate with attorney representation for the established court deadline shall be entitled to GLU status only.

(d) Inmates shall complete and sign a CDCR Form 2171, Priority Legal User (PLU) Request and Declaration, to apply for PLU status. Except under extraordinary circumstances, law library staff shall have seven calendar days after receipt of the completed and signed CDCR Form 2171 to process an inmate's application. Staff members who disapprove an inmate's application shall provide the reasons for their disapproval on the form and shall provide a copy of that document to the inmate.

(e) An inmate who is found to have provided false information on their application for PLU status shall be guilty of an administrative rule violation and shall not be able to obtain PLU status based on that application.

(f) An inmate's PLU status shall begin no earlier than 30 calendar days before the established court deadline unless the inmate can demonstrate need for a longer period of PLU status based on extraordinary circumstances beyond the inmate's control.

(g) PLU status is intended to assist inmates to do legal work in a quiet law library setting. An inmate on PLU status who, while in the law library, is observed by staff to act in an unreasonably disruptive manner or to engage in non-legal work, shall be removed from the PLU list and shall be dismissed from the library for that day. Inmates who are removed from the PLU list for these reasons shall be ineligible to reapply for PLU status for 30 calendar days, but may continue to use the law library on GLU status.

(h) Inmates may not trade, transfer, or delegate their PLU status to other inmates. An inmate who assists another inmate in the preparation of legal documents may not use the PLU status of the inmate being assisted.

**101120.11    Establishment of the Law Collection and Description**

(a) Each institution shall maintain at least one law library collection for the use of inmates. Except for items that are no longer published, the law library collection shall include, but shall not be limited to the following legal materials, latest edition or update, or their equivalent from other publishers:

(b) Codes.

(1) Deering's California Codes Annotated.

(2) Michie, United States Code Service.

(c) Reporters.

(1) Michie, California Official Reports.

(2) Matthew Bender, California Criminal Defense Practice.

(3) All Federal Appeals Court Cases.

(4) All Federal District Court Cases.

(5) All United States Supreme Court Cases.

(d) Shepards.

(1) United States Citations.

(2) Federal Citations.

(3) California Citations.

(e) Secondary Sources.

(1) A recognized law dictionary, such as Black's or Ballentine's.

(2) Matthew Bender, California Evidence Courtroom Manual.

(3) Matthew Bender, California Forms of Pleading and Practice.

(4) The Daily Journal.

(5) Matthew Bender, California Criminal Discovery.

(6) Matthew Bender, Standard California Codes: Rules of Court.

(7) Michie, Federal Habeas Corpus Practice and Procedure.

(8) California Code of Regulations.

(9) California Family Law Litigation Guide.

(10) California Family Law Practice and Procedure.

(11) Civil Rights Actions.

(12) Cotchett, California Courtroom Evidence.

(13) California Juvenile Courts Practice and Procedure.

(14) California Superior Court Local Rules.

(15) Judicial Council of California Civil and Criminal Jury Instructions.

(16) Matthew Bender, Moore's Federal Practice.

(17) Anderson, Constitutional Rights of Prisoners.

(f) Electronic Collection.

An institution may have as many copies of the Law Library Electronic Delivery System (LLEDS) of legal titles placed in their general population libraries as needed. Each computer loaded with a copy must be licensed.

**101120.12    Maintaining a Current Law Library Collection**

(a) Print Law Library.

(1) Law books not listed in DOM section 101120.11, but currently existing at various facilities, may be retained in facility law libraries if they are not out of date, but need not be replaced in case of loss, theft, or mutilation.

(b) Electronic Formats.

(1) Electronic collections shall be kept current. A continuing subscription to electronic law library material shall be maintained to ensure accuracy.

(2) Desktop LLEDS computers shall be updated by institutions' information systems staff within 10 business days of receipt. Touch screen kiosks shall be updated by local library staff within 10 business days of receipt.

**101120.13    Law Library Budget and Legal Material Replacement Procedures**

(a) Purchasing procedures for replacement of lost or damaged legal materials, updating the collections, obtaining supplements, revisions, and subscriptions include:



**101120.6        Establishing and Maintaining a General Library Collection**

(a) Required Reference Materials-Minimum Collection Facility.

(1) Each institution shall maintain at least one library that is accessible to inmates that contains the following reference materials in print or electronic formats:

(A) An encyclopedia purchased within the last 10 years.

(B) An unabridged dictionary purchased within the last 5 years.

(C) A sign language dictionary purchased within the last 10 years.

(D) A world almanac purchased within the last 5 years.

(E) A world atlas purchased within the last 5 years. A road atlas shall not be included within the library collection.

(F) A primary dictionary purchased within the last 5 years.

(G) A visual dictionary purchased within the last 5 years.

(H) A Spanish to English-English to Spanish dictionary purchased within the last 5 years.

**101120.7        Required Material to be Included in the General Library Collection**

(a) Multi-cultural Material.

(1) The general library collection must contain a selection of ethnically diverse titles.

(b) Literacy Material.

(1) The general library collection must contain titles representing high interest and low level reading material.

(c) Education Support Materials.

(1) The general library collection must contain textbooks representing Career and Technical Education (CTE), academic, and reentry programs.

(d) Life Skills Materials.

(1) The general library collection must contain a selection of life skills materials, including, but not limited to:

(A) Anger management.

(B) Emotional health and wellbeing.

(C) Substance abuse and disorders.

(D) Career development.

(E) Family relations.

(F) Material related to living successfully inside and outside of prison.

(e) Accommodations.

(1) The general library collection must contain library materials that meet the needs of inmates with disabilities.

**101120.7.1        Donations to the General Library Collection**

(a) Library donations for the general library collection are encouraged at the institution level:

(1) Inmates as well as staff and the general public shall be allowed to donate materials to the library.

(2) Periodicals, hard back books, paperback books, pamphlets and non-print materials are acceptable. The covers of hard back books do not have to be stripped in order to be acceptable unless local written policy specifically addresses the issue.

(3) Senior Librarians shall coordinate library donations.

(4) Documentation of any donations is required. CDCR Form 922 is the standard form of donation authorization.

(5) All donated library materials shall be inspected for safety, security, appropriateness, and usefulness before being placed in the collection.

(6) The facility is under no obligation to accept all donations for placement in the library. Those items deemed unsuitable shall be officially discarded.

**101120.7.2        Material Excluded From Inmate Libraries**

Printed material which describes the making of any weapons, explosive, poison, destructive device, or which in the Secretary's sole discretion depicts, portrays, or describes a sexual assault upon a correctional employee shall be excluded from publications furnished to facility inmate libraries. Obscene material and other forms of contraband, as described in California Code of Regulations, title 15, section 3006, shall be excluded from inmate libraries.

**101120.8        Circulation of General Library Materials**

(a) To check out books and other library materials, inmates shall:

(1) Present their identification or privilege card to the Librarian.

(2) Sign a trust account withdrawal order before any books are checked out to them.

(3) Display books or other materials to correctional staff upon exiting the library.

(b) The standard check-out period will be two weeks. A library item can be renewed for an additional two weeks if there are no requests for the item. Check-out of materials can be performed either manually or via a computer. Inmates should review any item they plan to check out to ensure that there is no unnoted damage already present.

(c) Inmates who lose or damage books or library materials shall pay for them.

(d) Inmates shall not loan books to other inmates.

**101120.8.1        Overdue, Damaged, or Lost Materials**

(a) An inmate's check-out privileges are temporarily suspended when an inmate has an overdue, damaged, or lost book until the issue has been resolved.

(b) Overdue Materials.

One standardized overdue notice will be sent to the inmate no sooner than two weeks after the due date. If the inmate does not respond within two weeks of their overdue notice, the inmate will be charged with a non-refundable fee that is the newest list price available in a reputable trade publication. Payment of the fee does not constitute payment for the book.

(c) Damaged Materials.

Damaged material will be inspected by library staff to determine if the material remains usable in its damaged state. A note will be placed in the body of the material noting observed damage, date and the initials of the library staff making the damage determination. If the damaged material requires repairs to continue to be usable, a non-refundable repair fee of five dollars will be charged to the inmate's trust account and a record of the repair will be maintained under the inmate's name. If the damaged material is not repairable, the replacement cost will be charged to the inmate. Payment of this fee does not allow the inmate to maintain possession of the damaged item. Library staff will determine how to dispose of the damaged item and whether the damaged item will be repurchased for the collection.

(d) Lost Materials.

Inmates who lose books or library materials shall pay for them. Library staff will use the newest list price available in a reputable trade publication and a record of the loss will be maintained under the inmate's name. Payment of the non-refundable cost does not transfer ownership of the book to the inmate.

**101120.9        The Law Library**

(a) The inmate law library collection is intended to provide inmates with meaningful access to the courts.

(b) Abuse of Law Library.

(1) Disciplinary action for an inmate who is found to be guilty of a serious rule violation pertaining to law library resources, facilities, or staff may include a suspension of all access to the law library for up to 90 calendar days. This action does not preclude an inmate from pursuing legal research through the reasonable use of law library paging, beginning three calendar days after the date of suspension, and continuing until the suspension period ends.

**101120.10        Inmate Access to Law Libraries**

(a) All inmates, regardless of their classification status, shall be entitled to law library access that is sufficient to provide meaningful access to the courts. Law library access includes use of the law library collection in print or electronic format, including remote access via kiosk, tablet, or other device, if available. Inmates on Priority Legal User (PLU) status may receive a minimum of 4 hours per calendar week of requested access, as resources are available, and shall be given higher priority to the law library resources. Inmates on General Legal User (GLU) status may receive a minimum of 2 hours per calendar week of law library access, as resources are available.

(b) Operational Schedule.

(1) Each facility head shall formulate an operational schedule for the inmate law library. This schedule shall include:

(A) Daily hours of library operation.

(B) Consideration to needs of inmates assigned to day work, training, or education.

(C) Consideration to needs of inmates assigned to security, segregated, and other restricted housing units.

(c) General Population Inmates.

(1) All inmates in the general population shall have access to the law library collection, consistent with this section. General population inmates who have received PLU status shall be given priority to the inmate law library collection.

(d) Restricted Housing Unit Access.

(1) All inmates confined in restricted housing units shall have access to the law library, consistent with this section. Inmates in restricted housing who

EXIBIT (D)

[8]

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

RECEIVED
APR 2 2 2026

| DATE | TO | | FROM (LAST NAME) | CDCR NUMBER |
|---|---|---|---|---|
| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM     TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS | FROM     TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

The Dom States If Inmate Has A Deadr
Deadline That He Is Given Propity
Due To The Deadline Need An Offas Appointment
This Week.

**Do NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY
Dan

DATE 4/22/26

DISPOSITION
4A Law Library is open On Mon & Tues
Only,

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

RECEIVED
MAY 0 4 2026
By

| DATE | TO | | FROM (LAST NAME) | | CDCR NUMBER |
|---|---|---|---|---|---|
| 5/3/26 | LAW LIBRARY | | OSUNA, JAMIE | | BD0868 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| 4A-1L-#44 | BD0868 | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Can you please save me a appointment with law library im half way with the reqiured copys

i was mentioning to you. need apponitment this week.

Thank you.

**Do NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY
Dan

DATE 5/4/26

DISPOSITION
You are Scheduled to come to 4A Law
Library on 5/5/26.

EXIBIT (E)

STATE OF CALIFORNIA
**INMATE REQUEST FOR INTERVIEW**
GA-22 (Rev. 10/13)

DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

| DATE 9/5/23 | TO 4A-1L-LAW LIBRARY | | FROM (LAST NAME) OSUNA, JAMIE | | CDCR NUMBER BD0868 |
|---|---|---|---|---|---|
| HOUSING 4A-1L | BED NUMBER #44 | WORK ASSIGNMENT | | JOB NUMBER FROM            TO | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | | ASSIGNMENT HOURS FROM            TO | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I Would LikeTo Request An Appointment At The Law Library I Have Active Current

Cases Here In Kings County 19CM-1882 & So On Also 8 Of My Grievences Are Exhausted

At The Highest Level & Ready For Civil Complaint & Petion.

Thank You

Received 9/19/2023

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY
L. IRONGS

DISPOSITION

DATE 9/19/2023

You have a hearing scheduled 10/18/2023 at 9am, but you are not eligible for PLU status because you have an attorney. You may attend 4A library as a GLU as resources are available.

EXIBIT (F)