UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>T. CAMPBELL, *et al.*<br><br>    Defendants. | No. 1:24-cv-1156-JLT-EPG<br><br>ORDER RE: REMOVAL OF DOCUMENT FROM DOCKET<br><br>ORDER DIRECTING THE CLERK OF COURT TO REMOVE ECF No. 38 FROM DOCKET<br><br>(ECF Nos. 38, 40) |

On May 21, 2026, Defendants filed a Motion for Administrative relief, requesting that the Court issue an order to strike certain documents from the docket in this case. (ECF No. 40). The motion provides the following:

> On March 24, 2026, the Court ordered the parties to exchange certain categories of documents without the need for discovery requests. (ECF No. 34.) On May 20, 2026, Defendants transmitted to Plaintiff the court-ordered documents. (Initial Disclosures.) Staff for Defendants' counsel also filed the Initial Disclosures on the docket in this case in error. (ECF No. 38.) To adhere to the March 24 order, Defendants seek an order from this Court, under its inherent power to control its own docket and calendar, Mediterranean Enterprises, Inc. v. Sangyong Corp, 708 F.2d 1458, 1465 (9th Cir. 1995), directing the clerk to remove or strike ECF No. 38 from the docket.

(*Id.* at 2).

After review, the Court shall grant Defendants' motion, and strike the initial disclosure of discovery from the docket. (ECF No. 340).

\\\

\\\

\\\

1

Accordingly, the Court directs the Clerk of Court to remove or strike the document captioned Response on the docket, filed by Defendants on May 20, 2026. (ECF No. 38).

IT IS SO ORDERED.

Dated:   **May 22, 2026**          /s/ Erica P. Grosj

UNITED STATES MAGISTRATE JUDGE