UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA, | No. 1:24-cv-1156-JLT-EPG |
| Plaintiff(s), | ORDER DENYING PLAINTIFF'S MOTION FOR IN CAMERA REVIEW, SANCTIONS, AND FRCP 26(g) REVIEW |
| v. | |
| T. CAMPBELL, *et al.* | (ECF No 43) |
| Defendants. | |

Before the Court is Plaintiff Jamie Osuna's "Motion for in camera review, sanctions and rule 26(g)/false-statement review regarding defendants' court-ordered disclosure" filed on May 22, 2026. (ECF No. 43). Defendants filed an opposition on June 22, 2026, and Plaintiff filed his optional reply on June 29, 2026. (ECF Nos. 44, 45). For the reasons provided below, the Court shall deny Plaintiff's motion.

On March 24, 2026, the Court issued a discovery order requiring the parties to exchange documents. (ECF No. 34). On May 20, 2026, Defendants mistakenly filed the documents covered by the Court's order on the Court's docket. On May 21, 2026, the Defendants filed a motion to strike the disclosure of discovery from the document, which the Court granted on May 22, 2026. (ECF Nos. 40, 41).

In Plaintiff's present motion, filed May 22, 2026, Plaintiff requests the Court conduct an in-camera review of the documents Defendants filed in order to confirm the copy of disclosures that were served on him match the version filed on the docket because he argues that the production of documents appears "curated, incomplete, and misleading. (ECF No. 43 at 2-3).

1

In their opposition, Defendants state

Defendants confirm that the copy of the disclosures served on Osuna, per the proof of service attached to the docket version, and the service packet, are identical documents except for the ECF header on the top of each page of the docket version. (Thorn Decl. ₧ 2, Exhibits A and B.) Defendants also confirm that they have served Osuna with a copy of the docket version that was mistakenly filed. (Id. at ₧ 3.) Defendants' disclosure statement includes a listing of the documents disclosed under each of the categories required under the Court's March 24, 2026 order. (Id. Exhibits A and B.) Defendants attached to the disclosure statement, served on Osuna on May 20, 2026, and again on June 17, 2026, copies of the documents identified in the disclosure statement, marked with the following numbers for identification: DEFS. POD – 0001 through 0183. Defendants also served on Osuna a supplemental disclosure with Osuna's mental health records. (Id. ₧ 4 and Exhibit C.)

(ECF No. 44 at 1).

The Court will deny Plaintiff's request for an in-camera review of documents already stricken. Plaintiff argues that the documents create a false impression, however, the Court did not review the documents prior to the documents being stricken and will not do so now. Plaintiff cites no authority requiring a court to examine discovery documents inadvertently and temporarily filed on the docket. Further, while Plaintiff makes several arguments suggesting that Defendants' product of the documents may or may not be complete, his notice is not a proper motion to compel in compliance with the Court's discovery order. Specifically, Plaintiff does not indicate what requests for production he served, how Defendants responded to those requests, whether he has met and conferred with Defendants about the purported incomplete responses, and what documents he seeks to compel.

Accordingly, Plaintiff's "Motion for in camera review, sanctions and rule 26(g)/false-statement review regarding defendants' court-ordered disclosure" is DENIED. (ECF No. 43).

IT IS SO ORDERED.

Dated:   **July 6, 2026**                    /s/ _Eric P. Grooj_
                                         UNITED STATES MAGISTRATE JUDGE