UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>Plaintiff,<br><br>v.<br><br>CAMPBELL, *et al.*<br><br>Defendants. | No. 1:24-cv-1156-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER AND EXTEND DEADLINES<br><br>(ECF No. 47) |

Plaintiff Jamie Osuna is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 23, 2026, Plaintiff filed a motion to modify the scheduling order and extend certain discovery deadlines. (ECF No. 47). Plaintiff asks the Court to extend October 26, 2026, motion to compel deadline to January 25, 2027; November 23, 2026, non-expert discovery deadline to February 22, 2027; and December 23, 2026, dispositive motion deadline to March 23, 2027. (*Id.* at 3). Plaintiff further requests the Court issue an order directing the CSP-Corcoran Warden ensure Plaintiff receives "Priority Legal User" status for established deadlines and four hours per calendar week of access to the physical law library and legal copying services. (*Id.*).

In addition to the present motion, Plaintiff concurrently filed a motion to compel certain discoveries from Defendants. (ECF No. 28).

Regarding his request for an extension of the discovery deadlines, Plaintiff argues the ninety-day extension would allow resolution of his motion to compel, compliance with any production order, review of the records, and completion of remaining discovery and motion practice. (ECF No. 47 at 3).

Upon review, Plaintiff's motion shall be denied.

The Court notes that Plaintiff was previously provided with a forty-five (45) day extension of time regarding discovery on May 21, 2026. (ECF No. 39). Additionally, Plaintiff's motion to compel filed on October 23, 2026, is timely under the current scheduling order and the Court shall resolve that motion in due course. However, Plaintiff has not established additional cause for future motions to compel or an extension of any remaining discovery deadlines.

Furthermore, the Court will deny Plaintiff's request seeking an order directing the Warden of CSP-Corcoran provide Plaintiff with certain exceptions to currently established institutional provisions to exceed a fifty-page-per-session-copying restriction under DOM § 101120.14 and to exceed the two-hour weekly allotment for general under DOM § 101120.10. Plaintiff has not provided good cause for such an order.

In short, Plaintiff's motion to modify the scheduling order and extend deadlines (ECF No. 47) is DENIED. The case proceeds under the current scheduling order. (ECF No. 35).

IT IS SO ORDERED.

Dated: **October 26, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE