ROB BONTA, State Bar No. 202668
Attorney General of California
DAMON G. MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-6648
Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*
*Campbell, Mckinney, Johnson, Aranda, Moreno, and Sparks-Mendoza*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMIE OSUNA,**<br>Plaintiff,<br>**v.**<br>**T. CAMPBELL, et al.,**<br>Defendants. | 1:24-cv-01156-JLT-EPG<br>**DEFENDANTS' EX PARTE MOTION TO EXTEND THE TIME TO SERVE DISCOVERY RESPONSES; [PROPOSED] ORDER**<br>Judge: The Honorable Erica P. Grosjean<br>Trial Date: None Set<br>Action Filed: September 30, 2025 |

**TO PLAINTIFF JAIME OSUNA, PRO SE:**

**PLEASE TAKE NOTICE** that under Civil Local Rule 144, and for the reasons set forth here and in the accompanying declaration of counsel, Defendants request that the Court extend the deadline for Defendants to respond to Plaintiff's request for answers to interrogatories to Defendants to December 7, 2026.

## MEMORANDUM OF POINTS AND AUTHORITIES

On November 3, 2026, Defendants received by mail two requests for answers to interrogatories from Plaintiff Jaime Osuna (Osuna). (Thorn Decl. ¶ 2, Exhibit A.) One request is directed to Defendant Sparks-Mendoza, a mental health clinician, and the second request is

directed to the group of five custody defendants. (*Id.*) The requests are undated and unsigned. (*Id.*) Osuna included a declaration of service that is dated October 5, 2026. (*Id.* at A-020.) The requests were received in an envelope that indicates they were mailed on October 9, 2026. (*Id.*) Defendants do not have information on what happened to the service or why the delivery of the discovery requests were delayed. (*Id.* at ¶ 3.)

A party's responses to discovery requests are due forty-five days after the request is first served. (ECF No. 35 at 3.) If the date of service was October 5, 2026, the deadline for Defendants to serve their responses to the requests would be November 23, 2026, giving Defendants twenty calendar days to prepare and file responses. (Thorn Decl. ¶ 4.) As a result of the apparent delay in the mail delivery, Defendants require additional time to prepare and serve responses to Plaintiff's discovery requests. Defendants seek an order from this Court, under its inherent power to control its own docket and calendar, extending the deadline for Defendants to respond to the pending interrogatory requests by two weeks, to December 7, 2026. A court has the inherent power to control its own docket and calendar. *Mediterranean Enterprises, Inc. v. Sangyong Corp*, 708 F.2d 1458, 1465 (9th Cir. 1995.) A scheduling order, once issued, may be modified upon a showing of good cause and by leave of the Court. Fed R. Civ. P. 6(b)(1); 16(b)(4). The "good cause" analysis focuses on the diligence of the moving party, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992,) and the reasons for seeking modification, *C.F. ex. Rel. Farman v. Capistrano Unified Sch. Dist.*, 654 F.3d 975, 984 (9th Cir. 2011.) The Court's power to modify a scheduling order is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Gold v. Johns-Manville Sales Corp.*, 723 F.2d 1068, 1077 (3d Cir. 1983) (holding that every court has power to manage cases on its docket and to ensure fair and efficient adjudication of matter at hand).

Here, good cause exists to grant Defendants additional time to serve their discovery responses. Defendants were deprived of the court-ordered time to respond to the requests. Additionally, one of the defendants will be out of the country through the first week in December and unable to provide response until that time. (Thorn Decl. ¶ 5.) This is Defendants' first request

to extend the discovery deadlines or modify the March 24, 2026 scheduling order. Defendants have not delayed in their defense of this case and are not seeking to extend any other deadlines.

Dated: November 9, 2026

Respectfully submitted,,

ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

***/s/ Elise Owens Thorn***

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants Campbell, Mckinney, Johnson, Aranda, Moreno, and Sparks-Mendoza*

**DECLARATION**

I, Elise Owens Thorn, declare:

1. I am a deputy attorney general licensed to practice before all courts of the State of California and before this court. I am employed by the Office of the Attorney General, represent Defendants in this case, and I make this declaration in support of Defendants' Administrative Motion for Relief.

2. On November 3, 2026, I received by mail two requests for answers to interrogatories from Plaintiff Jaime Osuna (Osuna) to Defendants. Attached as Exhibit A is a true and correct copy of the documents that I received, including the front and back of the envelope in which the documents were delivered. One request is directed to Defendant Sparks-Mendoza, a mental health clinician, and the second request is directed to the group of five custody defendants.

3. I do not have information on why the service of the discovery requests was delayed.

4. If the date of service was October 5, 2026, the deadline for Defendants to serve their responses to the requests would be Monday, November 23, 2026, including the forty-five days for the response, three days for service by mail, and an additional day extending a deadline that falls on a Sunday.

5. I require additional time to work with Defendants to respond to Osuna's discovery. Additionally, one of the defendants is traveling abroad until the first week in December and will not be able to review and approve the interrogatory responses or sign the required verification until her return from the trip. I believe I should be able to prepare and served responses to Osuna's discovery by December 7, 2026.

6. Given the mail delay and the short time left to respond to the pending discovery at issue, and Plaintiff's pro se status as an inmate incarcerated in state prison, a stipulation extending time cannot reasonably be obtained.

I declare under penalty of perjury that this declaration is true. Executed November 9, 2026, at Sacramento, California.

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
Office of the Attorney General

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMIE OSUNA,**<br>Plaintiff,<br>**v.**<br>**T. CAMPBELL, et al.,,**<br>Defendants. | Case No. 1:24-cv-01156-JLT-EPG<br>**[PROPOSED] ORDER** |

On November 9, 2026, Defendants filed an ex parte motion to extend the time for them to respond to Plaintiff's requests for answers to interrogatories to December 7, 2026.

Good cause appearing, Defendants' motion is granted and Defendants shall have up to and including December 7, 2026, to serve Plaintiff with their responses to his requests for answers to interrogatories.

Dated: ______________________________

______________________________
The Honorable Erica P. Grosjean

# CERTIFICATE OF SERVICE

Case Name: **J. Osuna v. T. Campell, et al.** No. **1:24-cv-01156-JLT-EPG**

I hereby certify that on November 9, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' EX PARTE MOTION TO EXTEND THE TIME TO SERVE DISCOVERY RESPONSES;**

**[PROPOSED] ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On November 9, 2026, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants

Jamie Osuna
BD0868
California State Prison - Corcoran
P.O. Box 3476
Corcoran, CA 93212
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 9, 2026, at Los Angeles, California.

| Z.Ho | /s/Z.Ho |
|---|---|
| Declarant | Signature |

SA2025402621
68852873.docx