ROB BONTA, State Bar No. 202668
Attorney General of California
DAMON G. MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-6648
Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*
*Campbell, Mckinney, Johnson, Aranda, Moreno, and Sparks-Mendoza*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMIE OSUNA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**T. CAMPBELL, et al.,**<br><br>Defendants. | 1:24-cv-01156-JLT-EPG<br><br>**NOTICE OF ERRATA TO DEFENDANTS' EX PARTE MOTION TO EXTEND THE TIME TO SERVE DISCOVERY RESPONSES (ECF NO. 50)**<br><br>Judge: The Honorable Erica P. Grosjean<br>Trial Date: None Set<br>Action Filed: September 30, 2025 |

**TO THE COURT AND PLAINTIFF JAIME OSUNA, PRO SE:**

**PLEASE TAKE NOTICE** that Defendants filed an Ex Parte Motion to Extend the Time to Serve Discovery Responses. (ECF No. 50.) Defendants inadvertently omitted Exhibit A to the supporting declaration. Defendants here submit the omitted as Exhibit A to the declaration of counsel filed on November 9, 2026. (Decl. Thorn, Exhibit A.)

Dated: November 9, 2026

Respectfully submitted,,

ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

***/s/ Elise Owens Thorn***

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants Campbell, Mckinney, Johnson, Aranda, Moreno, and Sparks-Mendoza*

## DECLARATION

I, Elise Owens Thorn, declare:

1. I am a deputy attorney general licensed to practice before all courts of the State of California and before this court. I am employed by the Office of the Attorney General, represent Defendants in this case, and I make this declaration in support of Defendants' Administrative Motion for Relief.

2. Attached as Exhibit A is a true and correct copy of Exhibit A that was inadvertently omitted from Defendants' Ex Parte Motion to Extend Time to Respond to Discovery filed on November 9, 2026, (ECF No. 50). Exhibit A includes two requests for answers to interrogatories from Plaintiff Jaime Osuna (Osuna) to Defendants that I received by mail on November 3, 2026, including the front and back of the envelope in which the documents were delivered.

I declare under penalty of perjury that this declaration is true. Executed November 9, 2026, at Sacramento, California.

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
Office of the Attorney General

# Exhibit A

Jamie Osuna#BD0868
4A-1L-#44
CSP/COR
P.O.BOX:3476
Corcoran, CA 93212
*Pro-Se*

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| Jamie Osuna, Plaintiff, v. T. CAmpbell, et al,,.. Defendents. | Case No. 1:24-cv-01156-JLT-EPG<br>PURSUANT TO RULES 33, 34 OF F.R.C.P THE PLAINTIFF SUBMITTS TO DEFENDENTS THE FOLLOWING INTERROGATORIES TO BE ANSWERED, INTERROGATORIES; SET ONE |

TO:Representing partie ELISE OWENS THORN
For:Opposing partie Representing: T. Campbell, A. Johnson, A. Aranda, E. Moreno, B. McKinney, and T. Sparks-Mendoza

Pursuant to F.R.C.P. Rule (33), (34), the plaintiff submitts the following interrogatories to the defendents. you are directed to answer each of the interrogatories in writing under oath.

PLAINTIFF'S INTERROGATORIES

For Defendents FOR T. SPARKS-MENDOZA

INTERROGATORY NO. 1. State the earliest date on which you learned that the window or glass condition at issue existed, and state how you learned of it.

ANSWER:

INTERROGATORY NO.2. State the earliest date on which you learned of any unsafe or unsanitary condition or injury attributed to the cell at issue cell #44, and state how you learned of it.

ANSWER:

INTERROGATORY NO.3. State each action you personally took after learning of any condition or injury described in the preceding interrogatories.

ANSWER:

INTERROGATORY NO.4. Describe the authority you possessed during the relevant period to inspect or restrict use of a cell, move Plaintiff, request or expedite repair, direct cleaning, obtain medical assistance, or notify another offical.

INTERROGATORY NO.5. Identify each incident report, grievence, medical record, maintenance record, housing record, inspection record, e-mail, memorandum, or other communication concerning the conditions or injuries at issue that you recieved or reviewed during relevant period.

ANSWER:

INTERROGATORY NO.6. State wether you participated in, approved, reviewed, or learned of any decision to keep plaintiff in or return Plaintiff to cell befor the condition at issue was corrected, and describe your role.

ANSWER:

INTERROGATORY NO.7. Identify each legitimate penological objective you contend justified any act or omission by you concerning the conditions at issue and state how the act or omission furthered that objective.

ANSWER:

INTERROGATORY NO.8. State the facts supporting any contention that, plaintiff's own conduct, rather than the continued condition after staff notice, caused any injury occurring after the initial incident.

ANSWER:

INTERROGATORY NO.9. state the facts supporting any contention that plaintiff failed to mitigate the injuries or damages claimed in this action.

ANSWER:

INTERROGATORY NO.10. Identify each third party whose conduct you contend caused any injury or damage claimed by plaintiff and state the conduct attributed to that person.

ANSWER:

INTERROGATORY NO.11. state the factual basis for any contention that plaintiff refused repair access, movement, medial evaluation, or another measure that defendents contend is relevant to causation or mitigation.

ANSWER:

INTERROGATORY NO.12. Identify each supervisor or offical who recieved notice of the initial incident or condition at issue and describe, to the extent known, the action taken after that notie.

ANSWER:

INTERROGATORY NO.13. Please state were you or any other employee at plaintiffs cell front door located 4A-1L-Cell#44L, around 2/1/23 febuary, 1 2023 or any other day? please decribe including your name, titles duties.

ANSWER:

INTERROGATORY NO.14. Please describe in as much detail as to why you were at plaintiffs cell around 2/1/23.

ANSWER:

INTERROGATORY NO.15. Please identify each document as the term is defined in federal rules of civil procedure 34 (a)(1), that evidence, mentions. or refers to any of the facts stated in your response to Interrogatory #14.

ANSWER:

INTERROGATORY NO.16. Please describe in as much details any orders, directives, that you gave if any to have plaintiffs injuries treated and please identify each document as the term is defined in F.R.C.P 34 (a)(1), that evidence, mentions or refers to any facts to the palintiff having injurys.

ANSWER:

INTERROGATORY: NO.17. State, describe if the plaintiff was removed from cell to conduct a medical evaluation on plaintiff full body and plaease describe what treatment did the plaintiff recieve, please identify each document that mentions evidence to this interrogatory.

ANSWER:

INTERROGATORY NO.18. Please identify all positions and titles, with corresponding dates of employement, that you have held as an employee at corcoran state prison. describe your job responsibilities for each position and title.

Answer:

INTERROGATORY NO.19. Please describe the traing you have recieved while working at corcoran state prison on the issue at hand such as inmate patients in cell with injuries and broken windows but not limit to preaustions,: bottom tier chronos, sieures risks of falling, self mutilation precautions/orders Hazardous conditions.

ANSWER:

INTERROGATORY NO.20. Please decribe in as much detail as possible every policy, procedure, and practice that governs the answer to interrogatory number NO.19.

ANSWER:

INTERROGATORY NO.21. Please identify all officals responsible for formulating implementing and monitoring compliance with the policies, procedures and practices described in your response to interrogatory #20.

ANSWER:

INTERROGATORY NO.22. State describe each orders and restrictions the palintiffs has but not limited to; FALLING PRECUATIONS: side effects to medciaction including bottom tier chronos, bottom bunk chronos. Siezure falling precaution orders, sideeffects to medication:passing out ect...... container restriction, RAZOR RESTRICTION/no shrps no razors. please identify documents.

ANSWER:

INTERROGATORY NO.23. State Decribe in as much detail the circumstaces surrounding the palintiff bieng on 'RAZOR" restriction

ANSWER

INTERROGATORY NO. 24. please state describe does the plaintiff bieng on RAZOR restriction no sharps no razors in clude bieng around BROKEN GLASS

ANSWER:

INTERROGATORY NO.25. State the names, titles, and duties of all the staff members at corcoran state prison or, other juristiction who have the responsibilitie for responding to, investigating or deciding inmate grievences if those duties are set forth in any job description,policy directive, or other document please identify said documents

ANSWER:

INTERROGATORY NO.26. State the procedure's, in effect during January 15 to may 11 2023 at corcoran state prison for responding to, investigating, and deciding inmate grievences, if the procedures for handling grievences based on medical complaints and staffmisconduct hazardous conditions of confindment from what the plaintiffs grievences stated said controlling grievence or (s) for this action surviving claim is diffrent from the procedure for handling other kinds of, state both procedures. if these procedures are set forth in any directive, mannual or other document (Identify describe these documents).

VERIFICATION

I, T. Sparks-Mendoza am the defendent in the above-entitled action I have read the foregoing responses to PLAINTIFF'S REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDENT T. Sparks-Mendoza, SET ONE.

I declare under penalty of perjury under the laws of the United States Of Ameria and of the State Of California that the foregoing is true and correct.

Executed on:________________, 2026

______________________

T.Sparks-Mendoza

Jamie Osuna#BD0868
4A-1L-#44
CSP/COR
P.O.BOX:3476
Corcoran, CA 93212
*Pro-Se*

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

Jamie Osuna,
Plaintiff,
v.
T. CAmpbell, et al,,..
Defendents.

Case No. 1:24-cv-01156-JLT-EPG
PURSUANT TO RULES 33, 34 OF F.R.C.P THE PLAINTIFF SUBMITTS TO DEFENDENTS THE FOLLOWING INTERROGATORIES TO BE ANSWERED, INTERROGATORIES; SET ONE

TO:Representing partie ELISE OWENS THORN
For:Opposing partie Representing: T. Campbell, A. Johnson, A. Aranda, E. Moreno, B. McKinney, and T. Sparks-Mendoza

Pursuant to F.R.C.P. Rule (33), (34), the plaintiff submitts the following interrogatories to the defendents. you are directed to answer each of the interrogatories in writing under oath.

PLAINTIFF'S INTERROGATORIES

For Defendents, T. CAMPBELL, A. Johnson, A. ARANDA, E. MORENO, B. McKinney

INTERROGATORY NO. 1. State the earliest date on which you learned that the window or glass condition at issue existed, and state how you learned of it.

ANSWER:

INTERROGATORY NO.2. State the earliest date on which you learned of any unsafe or unsanitary condition or injury attributed to the cell at issue cell #44, and state how you learned of it.

ANSWER:

INTERROGATORY NO.3. State each action you personally took after learning of any condition or injury described in the preceding interrogatories.

ANSWER:

INTERROGATORY NO.4. Describe the authority you possessed during the relevant period to inspect or restrict use of a cell, move Plaintiff, request or expedite repair, direct cleaning, obtain medical assistance, or notify another offical.

INTERROGATORY NO.5. Identify each incident report, grievence, medical record, maintenance record, housing record, inspection record, e-mail, memorandum, or other communication concerning the conditions or injuries at issue that you recieved or reviewed during relevant period.

ANSWER:

INTERROGATORY NO.6. State wether you participated in, approved, reviewed, or learned of any decision to keep plaintiff in or return Plaintiff to cell befor the condition at issue was corrected, and describe your role.

ANSWER:

INTERROGATORY NO.7. Identify each legitimate penological objective you contend justified any act or omission by you concerning the conditions at issue and state how the act or omission furthered that objective.

ANSWER:

INTERROGATORY NO.8. State the facts supporting any contention that, plaintiff's own conduct, rather than the continued condition after staff notice, caused any injury occurring after the initial incident.

ANSWER:

INTERROGATORY NO.9. state the facts supporting any contention that plaintiff failed to mitigate the injuries or damages claimed in this action.

ANSWER:

INTERROGATORY NO.10. Identify each third party whose conduct you contend caused any injury or damage claimed by plaintiff and state the conduct attributed to that person.

ANSWER:

INTERROGATORY NO.11. state the factual basis for any contention that plaintiff refused repair access, movement, medial evaluation, or another measure that defendents contend is relevant to causation or mitigation.

ANSWER:

INTERROGATORY NO.12. Identify each supervisor or offical who recieved notice of the initial incident or condition at issue and describe, to the extent known, the action taken after that notie.

ANSWER:

INTERROGATORY NO.13. Please describe the traing you have recieved while working at corcoran state prison on the issue at hand such as inmate patients in cell with injuries and broken windows but not limit to preaustions,: bottom tier chronos, sieures risks of falling, self mutilation precautions/orders Hazardous conditions.

ANSWER:

INTERROGATORY NO.14. Please decribe in as much detail as possible every policy, procedure, and practice that governs the answer to interrogatory number NO.19.

ANSWER:

INTERROGATORY NO.15. Please identify all officals responsible for formulating implementing and monitoring compliance with the policies, procedures and practices described in your response to interrogatory #20.

ANSWER:

INTERROGATORY NO.16. State describe each orders and restrictions the palintiffs has but not limited to; FALLING PRECUATIONS: side effects to medciaction including bottom tier chronos, bottom bunk chronos. Siezure falling precaution orders, sideeffects to medication:passing out ect...... container restriction, RAZOR RESTRICTION/no shrps no razors. please identify documents.

ANSWER:

INTERROGATORY NO.17. State Decribe in as much detail the circumstaces surrounding the palintiff bieng on 'RAZOR" restriction

ANSWER

INTERROGATORY NO. 18. please state describe does the plaintiff bieng on RAZOR restriction no sharps no razors in clude bieng around BROKEN GLASS

ANSWER:

INTERROGATORY NO.19. State the names, titles, and duties of all the staff members at corcoran state prison or, other juristiction who have the responsibilitie for responding to, investigating or deciding inmate grievences if those duties are set forth in any job description,policy directive, or other document please identify said documents

ANSWER:

INTERROGATORY NO.20. State the procedure's, in effect during January 15 to may 11 2023 at corcoran state prison for responding to, investigating, and deciding inmate grievences, if the procedures for handling grievences based on medical complaints and staffmisconduct hazardous conditions of confindment from what the plaintiffs grievences stated said controlling grievence or (s) for this action surviving claim is diffrent from the procedure for handling other kinds of, state both procedures. if those procedures are set forth in any directive, mannual or other document (Identify describe those documents).

VERIFICATION

I, T. Campbell am the defendent in the above-entitled action. I have read the foregoing responses to PLAINTIFF'S REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDENT T. CAMPBELL, SET ONE.

I declare under penalty of perjury under the laws of the united states of america and of the state of california that the foregoing is true and correct.

Executed on:____________, 2026

___________________________
T. Campbell

VERIFICATION

I, A. Johnson am the defendent in the above-entitled action. I have read the foregoing responses to PLAINTIFF'S REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDENT A. JOHNSON, SET ONE.

I declare under penalty of perjury under the laws of the United States Of America and of the State Of California that the foregoing is true and correct.

Executed on:____________, 2026

________________________
A. Johnson

VERIFICATION

I, A. Aranda am the defendent in the above-entitled action. I have read the foregoing responses to PLAINTIFF'S REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDENT A. ARANDA, SET ONE.

I declare under penalty of perjury under the laws of the United States Of America and of the State Of California that the foregoing is true and correct.

Executed on:__________________, 2026

________________________
A. Aranda

VERIFICATION

I, E. Moreno am the defendent in the above-entitled action. I have read the foregoing responses to PLAINTIFF'S REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDENT E.MOENO, SET ONE.

I declare under penalty of perjury under the laws of the United States Of America and of the State Of California that the foregoing is true and correct.

Executed on:______________, 2026

______________________________
E. Moreno

VERIFICATION

I, B. Mckinney am the defendent in the above-entitled action. I have read the foregoing responses to PLAINTIFF'S REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDENT B. Mckinney, SET ONE.

I declare under penalty of perjury under the laws of the United States Of America and of the State Of California that the foregoing is true and correct.

Executed on:____________, 2026

______________________

B. Mckinney

DECLARATION OF SERVICE BY U.S MAIL

Case Name: J. Osuna v. Campbell, et al.
No: 1:24-cv-01156-JLT-EPG

I Declare:

and hereby by certify that on this day served for the opposing parties a true and correct copie of the foregoing documents by first class United states Mail in a properly addrressed envolope with adequte postage thereon. In accordance with the practices of mail collection system at corcoran state prison placed in the departmental internal mail collection system at the california state prison corcoran, corcoran california is deposited with the United states Postal Services:

On 10/5/26, (October 10th2026); this day i served the attached documents;

> PLAINTIFFS' REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDENTS T. CAMPBELL, A. JOHNSON, A. ARANDA, E. MORENO, B. MCKINNEY, AND T. SPARKS-MENDOZA, SET ONE

by placing a true copy thereof enclosed in a sealed envolope to custody to the internal departmental mail collection system at: place of plaintiffs residence jamie osuna#BD0868, 4A-1L-#44L csp /cor P.O.Box:3476, corcoran, CA 93212
Addrressed as follows To:
ELISE OWENS THORN State Bar No:145931, Office of the attorney General/Deputy attorney general at 1300 I Street,suite 125,Sacramento CA 95814.
ATTORNEY REPRESENTING OPPOSSING PARTIES: T.Campbell,A.Johnson,A.Aranda E.Moreno,B.McKinney, T.Sparks-Mendoza.

I Declare Under Penalty Of Perjury Under The Laws Of The United States Of America And The State Of alifornia The Foregoing Is True And Correct and that this declaration of service was executed on 10/5/26 (October 5th 2026) at corcoran california.

Jamie Osuna
Declarant

/s/ Jamie Osuna
Signature

Thorn

DOCKETED
NOV 03 2026
By D. Lemont
No. 2025402621

10/5/26 95900

Santa Clarita P&DC 01-91383
FRI 09 OCT 2026 PM

JAMIE OSUNA#BD0868
4A-1L-#44L
CSP/CORCORAN
P.O.BOX:3476
CORCORAN, CA 93212

ELISE OWENS THORN State Bar NO.145931
OFFICE OF THE ATTORNEY GENERAL/DEPUTY ATTORNEY GENERAL
1300 I Street, Suite 125
Sacramento, CA 95814

2026 NOV -3 AM 12:23
SACRAMENTO OFFICE
ATTORNEY GENERAL
DOCKETING UNIT

*CONFIDENTIAL LEGAL MAIL*

[redacted]

## CERTIFICATE OF SERVICE

Case Name: **J. Osuna v. T. Campell, et al.** No. **1:24-cv-01156-JLT-EPG**

I hereby certify that on November 9, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ERRATA TO DEFENDANTS' EX PARTE MOTION TO EXTEND THE TIME TO SERVE DISCOVERY RESPONSES (ECF NO. 50)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On November 9, 2026, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jamie Osuna
BD0868
California State Prison - Corcoran
P.O. Box 3476
Corcoran, CA 93212
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 9, 2026, at Los Angeles, California.

| Z.Ho | /s/Z.Ho |
|---|---|
| Declarant | Signature |

SA2025402621
68854025.docx